No. 96–6092.  IN RE GAUNCE.  C. A. 9th Cir.  Petition for writ of common–law certiorari denied.

No. 96–5915.  IN RE DANIK; and
No. 96–5916.  IN RE HOLLINGSWORTH.  Petitions for writs of mandamus denied.

No. 95–1975.  HOWARD v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 95–9118.  SMALLWOOD v. OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 95–9323.  MANNING v. MISSOURI.  Ct. App. Mo., Eastern Dist.  Certiorari denied.

No. 96–40.  SAN PEDRO v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 96–66.  AUTEK SYSTEMS CORP. v. UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 96–201.  CONLAN v. DEPARTMENT OF LABOR.  C. A. 9th Cir.  Certiorari denied.

No. 96–337.  AUSTIN v. OWENS-BROCKWAY GLASS CONTAINER, INC.  C. A. 4th Cir.  Certiorari denied.

No. 96–341.  DUNCAN AIRCRAFT SALES OF FLORIDA, INC. v. CAPPELLO ET UX., INDIVIDUALLY, AND CAPPELLO, ADMINISTRATOR OF THE ESTATE OF CAPPELLO, DECEASED.  C. A. 6th Cir. Certiorari denied.

No. 96–359.  ROOD ET AL. v. CITY OF OLDSMAR.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.